Law Offices of Allen Hyman
ALLEN HYMAN (Bar No. CA 73371)
CHRISTINE COVERDALE (Bar No. CA 195635)
10737 Riverside Drive
North Hollywood, CA 91602
Telephone: (818) 763-6289
Facsimile: (818) 763-4676

Attorneys for Plaintiffs
DRIVE-IN MUSIC COMPANY, INC. and
ORIGINAL SOUND RECORD COMPANY

Manatt, Phelps & Phillips, LLP
BARRY E. MALLEN (Bar No. CA 120005)
DIANA N. IKETANI (Bar No. CA 193359)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Defendants
O'SHEA JACKSON p/k/a "Ice Cube," LENCH
MOB PRODUCTIONS, INC. d/b/a GANGSTA
BOOGIE MUSIC, WB MUSIC CORP., WARNER/
CHAPPELL MUSIC, INC., PRIORITY
RECORDS, LLC and CAPITOL RECORDS, INC.

FILED
CLERK, U.S. DISTRICT COURT
SEP 1 4 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRIVE-IN MUSIC COMPANY, INC., a California corporation; and ORIGINAL SOUND RECORD COMPANY, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>WARNER BROS. MUSIC CORP., et al.,<br><br>Defendants. | No. CV 05-5937 CBM (MANx)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE THE TRIAL AND ALL TRIAL-RELATED DATES<br><br>Judge: Hon. Consuelo B. Marshall<br>Courtroom: 2<br>Date of Filing: August 15, 2005<br><br>Pretrial Conf: September 18, 2006 2:30 p.m.<br><br>Trial Date: October 3, 2006 10:00 a.m. |

41037426.1

STIPULATION AND PROPOSED ORDER
TO CONTINUE TRIAL AND TRIAL-
RELATED DATES

Plaintiffs DRIVE-IN MUSIC COMPANY, INC. and ORIGINAL SOUND RECORD COMPANY (collectively, "Plaintiffs") and Defendants O'SHEA JACKSON p/k/a "Ice Cube," LENCH MOB PRODUCTIONS, INC. d/b/a GANGSTA BOOGIE MUSIC, WB MUSIC CORP., WARNER/ CHAPPELL MUSIC, INC., PRIORITY RECORDS, LLC and CAPITOL RECORDS, INC (collectively, "Defendants") (Plaintiffs and Defendants Quest and Thompson shall collectively be referred to as the "Parties") hereby stipulate as follows:

WHEREAS, the Parties were scheduled to meet and confer regarding the Final Pretrial Conference on or before August 9, 2006;

WHEREAS, the Parties were scheduled to prepare and file their individual Memoranda of Contentions of Facts and Law, as well as their jointly prepared Exhibit Lists and Witness Lists on or before August 28, 2006;

WHEREAS, Plaintiffs are scheduled to file the Final Pretrial Conference Order ("PTCO") on or before September 11, 2006;

WHEREAS, the Parties are scheduled to prepare and file Trial Briefs on or before September 11, 2006;

WHEREAS, the Parties are scheduled to prepare and file Proposed Jury Instructions on or before September 28, 2006;

WHEREAS, the Parties were in the process of preparing all of these documents but had not yet exchanged such documents because the Parties had tentatively agreed to a settlement;

WHEREAS, the Parties have already exchanged draft settlement agreements;

WHEREAS, certain other terms of the settlement are in the process of being finalized;

WHEREAS, the Parties anticipate they will able to finalize the terms of the settlement within the next week;

WHEREAS, the Pre-trial Conference is currently scheduled for

1  September 18, 2006 at 2:30 p.m.;

2  WHEREAS, the jury trial is scheduled to commence on October 3,
3  2006 at 10:00 a.m.;

4  WHEREAS, the Parties desire to save costs and expend their
5  respective resources on finalizing the settlement;

6  WHEREAS, the parties desire to preserve the status quo with regard to
7  the exchange of all remaining pretrial documents, including but not limited to any
8  objections or responses thereto;

9  WHEREAS, the parties have agreed that all of the foregoing dates
10 should be continued by 30 to 45 calendar days, or as soon thereafter as the Court's
11 calendar permits;

12 WHEREAS, lead counsel for Defendants, Barry E. Mallen, is currently
13 scheduled to commence trial before Judge Dunn of the Los Angeles Superior Court
14 on November 6, 2006 in the matter entitled *Jardine v. Love*, LASC Case No. BC
15 253348.

16 IT IS HEREBY STIPULATED AS FOLLOWS:

17 The last day to meet and confer regarding the Final Pretrial Conference
18 shall be continued 45 days from August 9, 2006 to September 25, 2006;

19 The last day for the Parties to prepare and file their individual
20 Memoranda of Contentions of Facts and Law, as well as their jointly prepared
21 Exhibit Lists and Witness Lists shall be continued 30 days from August 28, 2006 to
22 September 27, 2006;

23 The last day for the Plaintiffs to file the PTCO and for the Parties to
24 file Trial Briefs shall be continued 30 days from September 11, 2006 to October 10,
25 2006;

26 The last day for the Parties to prepare and file Proposed Jury
27 Instructions shall be continued 30 days from September 28, 2006 to October 27,
28 2006;

ANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41037426.1

3

STIPULATION AND PROPOSED ORDER
TO CONTINUE TRIAL AND TRIAL-
RELATED DATES

1  The Pre-trial Conference currently scheduled for September 18, 2006
2  at 2:30 p.m. shall be continued to October ~~16~~ 23, 2006 at 2:30 p.m., or as soon
3  thereafter as the Court's calendar permits;
4  The jury trial, which is scheduled to commence on October 3, 2006 at
5  10:00 a.m., shall be continued to ~~a date after~~ November ~~15~~ 28, 2006 as the Court's
6  calendar permits, to accommodate the trial schedule of counsel.

Dated: September 7, 2006

Law Offices of Allen Hyman
Allen Hyman
Christine Coverdale

By: _____[signature]_____
Christine Coverdale
Attorneys for Plaintiffs DRIVE-IN MUSIC COMPANY, INC. and ORIGINAL SOUND RECORD COMPANY

Dated: September 7, 2006

Manatt, Phelps & Phillips, LLP
Barry E. Mallen
Diana N. Iketani

By: _____[signature]_____
Diana N. Iketani
Attorneys for Defendants O'SHEA JACKSON p/k/a "Ice Cube," LENCH MOB PRODUCTIONS, INC. d/b/a GANGSTA BOOGIE MUSIC, WB MUSIC CORP., WARNER/CHAPPELL MUSIC, INC., PRIORITY RECORDS, LLC and CAPITOL RECORDS, INC

## [PROPOSED] ORDER

The Court having read the foregoing Stipulation, hereby continues the following dates:

The last day to meet and confer regarding the Final Pretrial Conference shall be continued 45 days from August 9, 2006 to September 25, 2006;

The last day for the Parties to prepare and file their individual Memoranda of Contentions of Facts and Law, as well as their jointly prepared Exhibit Lists and Witness Lists shall be continued 30 days from August 28, 2006 to September 27, 2006;

The last day for the Plaintiffs to file the PTCO and for the Parties to file Trial Briefs shall be continued 30 days from September 11, 2006 to October 10, 2006;

The last day for the Parties to prepare and file Proposed Jury Instructions shall be continued 30 days from September 28, 2006 to October 27, 2006;

The Pre-trial Conference currently scheduled for September 18, 2006 at 2:30 p.m. shall be continued to October 23, 2006 at 2:30 p.m.;

The jury trial, which is scheduled to commence on October 3, 2006 at 10:00 a.m., shall be continued to November 28, 2006 at 10:00 a.m..

IT IS SO ORDERED.

Dated: 9/15 2006

_____
UNITED STATES DISTRICT JUDGE

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41037426.1

5

STIPULATION AND PROPOSED ORDER
TO CONTINUE TRIAL AND TRIAL-
RELATED DATES

# PROOF OF SERVICE

I, Jill A. Serena, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On **September 7, 2006**, I served a copy of the within document(s):

***STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE TRIAL AND ALL TRIAL-RELATED DATES***

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by causing the document to be personally delivered to the person(s) at the address(es) set forth below by a certified messenger service

> Allen Hyman, Esq.
> Christine Coverdale, Esq.
> Law Offices of Allen Hyman
> 10737 Riverside Drive
> North Hollywood, CA 91602
> Phone: (818) 763-6289
> Fax: (818) 763-4676

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **September 7, 2006**, at Los Angeles, California.

_____
Jill A. Serena